UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                                )
                                      )
ERIC T. TRENTZ and                    )        No. 20-71266
DARLENE TRENTZ,                       )        Chapter 7
                                      )
        Debtors.                      )

## NOTICE OF APPLICATION TO EMPLOY ACCOUNTANT

Jeffrey D. Richardson, Chapter 7 Trustee, has filed an Application to Employ Accountant where he proposes to hire Roger W. Stone, CPA, of Management Accounting Services, as an accountant to give tax advice and prepare income tax returns for 2021 and thereafter, if necessary. The Trustee proposes to pay Mr. Stone at a rate of $225.00 per hour, plus expenses.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the application, or if you want the Court to consider your views on the application, then on or before March 11, 2021, you or your attorney must:

File with the Court a written request for a hearing, or if the Court requires a written response, an answer, explaining your position at: U.S. Courthouse, 226 U.S. Courthouse, 600 E. Monroe Street, Springfield, IL 62701.

If you mail your request or response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to: Jeffrey D. Richardson, Chapter 7 Trustee, 132 S. Water St., Suite 444, Decatur, IL 62523 and

Mr. John L. GreenLeaf, Jr., GreenLeaf Law Office, Ltd., 2456 North Main Street, Decatur, IL 62526

Go to **www.ilcb.uscourts.gov** for information regarding this Court's **mandatory** electronic filing policy.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: February 25, 2021                /s/ Jeffrey D. Richardson
                                        JEFFREY D. RICHARDSON
                                        Chapter 7 Trustee
                                        Registration No. 02330067
                                        132 South Water Street, Suite 444
                                        Decatur, IL 62523
                                        Telephone: 217/425-4082
                                        E-mail: jdrdec@aol.com

2

### CERTIFICATE OF SERVICE

The undersigned certifies that the above instrument was filed electronically with the Court on February 25, 2021, and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

U. S. Trustee
Mr. John L. GreenLeaf, Jr.

/s/ Jeffrey D. Richardson

### CERTIFICATE OF SERVICE

I certify that on February 25, 2021, at 5:00 p.m., I caused to be deposited a copy of the foregoing in a U.S. Post Office box at Millikin Court, 132 South Water Street, Decatur, Illinois, enclosed in an envelope with proper postage prepaid, addressed to the following in the manner set forth:

Mr. Roger W. Stone
Management Accounting Services
The Executive Center
702 W. Bloomington Road, Suite 109
Champaign, IL 61820

/s/ Jeffrey D. Richardson